Civil Action No.    1:25-cv-05742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ms. Sandya Dandamudi, Granite Innovation, Inc. - Registered Agent**
was recieved by me on **5/26/2025:**

[X]   I personally served the summons on the individual at **1420 W Hubbard St, Chicago, IL 60642** on **05/30/2025 at 12:28 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   05/30/2025

*Server's signature*

**Melvin Sharpe**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Ms. Sandya Dandamudi, Granite Innovation, Inc. - Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0171621425**

